```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 32323
    DIANNE DOTSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-8737


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/16/2005 and was confirmed 11/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  80.36% from remaining funds.

     The case was paid in full 10/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED           .00           .00
CASH TO GO                UNSECURED       NOT FILED           .00           .00
CHARTER ONE BANK          UNSECURED       NOT FILED           .00           .00
CHARTER ONE AUTO FINANCE  NOTICE ONLY     NOT FILED           .00           .00
SALVATORE SPINELLI ESQ    NOTICE ONLY     NOT FILED           .00           .00
CHICAGO IMAGING           UNSECURED       NOT FILED           .00           .00
CITY OF CHICAGO PARKING   UNSECURED OTH    1260.00            .00       1012.58
ARNOLD SCOTT HARRIS       NOTICE ONLY     NOT FILED           .00           .00
CHICAGO DEPT OF REVENUE   NOTICE ONLY     NOT FILED           .00           .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY     NOT FILED           .00           .00
COMCAST                   UNSECURED       NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED OTH     708.23            .00        569.15
DISTRICT FINANCIAL SERVI  FILED LATE        400.00            .00           .00
EVERGREEN MEDICAL SPECIA  UNSECURED       NOT FILED           .00           .00
HSBC RS                   UNSECURED       NOT FILED           .00           .00
IL DEPT OF EMPLOYMENT SE  UNSECURED OTH    7605.00            .00       6111.64
IL DEPT OF EMPLOYMENT SE  NOTICE ONLY     NOT FILED           .00           .00
INSTANT CASH AVE          UNSECURED       NOT FILED           .00           .00
INSTANT CASH AVE          UNSECURED       NOT FILED           .00           .00
INSTANT CASH AVE          NOTICE ONLY     NOT FILED           .00           .00
LASALLE BANK              UNSECURED       NOT FILED           .00           .00
LERNER                    UNSECURED       NOT FILED           .00           .00
LERNERS                   NOTICE ONLY     NOT FILED           .00           .00
MYCASHNOW.COM             UNSECURED       NOT FILED           .00           .00
PAYDAY LOAN STORE         UNSECURED       NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED OTH       .00             .00           .00
T MOBILE                  UNSECURED       NOT FILED           .00           .00
TCF BANK                  UNSECURED       NOT FILED           .00           .00
TCF NATIONAL BANK         NOTICE ONLY     NOT FILED           .00           .00
WOW INTERNET AND CABLE    UNSECURED OTH     172.76            .00        138.93
WOW INTERNET CABLE        NOTICE ONLY     NOT FILED           .00           .00
LEDFORD & WU              DEBTOR ATTY      2,300.00                      2,300.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 32323 DIANNE DOTSON
```

```
TOM VAUGHN                TRUSTEE                                          667.70
DEBTOR REFUND             REFUND                                           163.91

        Summary of Receipts and Disbursements:
  ------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
  ------------------------------------------------------------------------------
TRUSTEE                  10,963.91

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        7,832.30
ADMINISTRATIVE                                   2,300.00
TRUSTEE COMPENSATION                               667.70
DEBTOR REFUND                                      163.91
                        ---------------     ---------------
TOTALS                   10,963.91              10,963.91
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/27/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                           PAGE   2
           CASE NO. 05 B 32323 DIANNE DOTSON